JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE CASHION,<br><br>Plaintiff,<br><br>v.<br><br>VIKING RIVER CRUISES, INC. d/b/a VIKING CRUISES; VIKING OCEAN CRUISES LTD.<br><br>Defendants. | Case No.: 2:21-cv-00767-VAP-RAO<br><br>Complaint Filed: 1/27/2021<br><br>**ORDER RE DISMISSAL**<br><br>Dept: 8A<br>Judge: Hon. Virginia A. Phillips |

The Parties "Joint Stipulation and Order for Dismissal With Prejudice," came before the Court. The Court having received and read the Parties' Joint Stipulation, and being so advised in the matter, and finding good cause:

In consideration of the parties negotiated settlement, this matter is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: March 1, 2022

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge